UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY DEFENDERS FUND, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 26-1230 (AHA) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated July 7, 2026, Plaintiffs Democracy Defenders Fund ("DDF") and Colombo Hurd PL and Defendants U.S. Department of Homeland Security ("DHS"), and its component, U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of State ("State"); and U.S. Department of Commerce ("Commerce") respectfully submit this joint report.

1. This action under the Freedom of Information Act relates to several requests submitted by Plaintiffs to Defendants in January and February 2026.  The parties filed their first joint status report on July 1, 2026 (ECF No. 16), and the Court ordered the parties to file a further joint status report by August 6, 2026, "updating the court on the status of production and jointly proposing a production schedule for the prioritized records."   The parties have conferred via videoconference on July 27 and July 31, 2026, and via electronic mail, and provide the following reports with regard to each agency.

2. **Requests to DHS** (2026-HQFO-01801; 2026-HQFO-01812).  DHS has agreed to prioritize the request subparts identified by Plaintiffs and anticipates completing its search for potentially responsive records excluding text messages by August 21, 2026.  Once the search is

complete, DHS will process potentially responsive records and make rolling productions of any responsive, non-exempt records monthly.  With respect to the searches for text messages, the parties have conferred and are discussing proposals to narrow that aspect of the searches.

3.      **Requests to USCIS** (COW2026000979; COW2026002062; COW2026002090). USCIS reports that its preliminary searches in response to requests -979 and -062 are complete and that processing of the potentially responsive records identified by those searches is underway. There are approximately 1,120 pages of potentially responsive records collected for request -979 and approximately 1,500 pages of potentially responsive records compiled for request -062. USCIS reports that for operational reasons, prioritizing particular subparts of the requests would be time-intensive and would not result in any efficiencies.  USCIS expects to make its first production in response to those requests imminently and will make monthly productions thereafter. As previously reported, USCIS informed Plaintiff DDF via letter dated April 22, 2026, that USCIS closed request -090 on the ground that it does not adequately describe the records sought and to the extent it describes records, it is unduly burdensome.

4.      **Request to State** (F-2026-10969).   State reports that searches for records potentially responsive to DDF's request have identified 207 potentially responsive records to date; that number is likely to change as the Department finalizes its searches and its relevancy review. Due to the nature of Plaintiff's request, the Department assesses that it would be impractical to manually prioritize individual parts of the request unless Plaintiff agrees to narrow out the parts that it has not marked for prioritization.  The Department currently anticipates that it will make a first production of non-exempt responsive records by approximately October 1, 2026.

5.      **Request to Commerce** (DOC-OS-2026-001004).  Commerce reports that searches for records potentially responsive to DDF's request identified nearly 7,000 potentially responsive

- 3 -

records; searches are still ongoing.  Counsel for the parties conferred via videoconference. Commerce agreed to prioritize the request subparts identified by Plaintiffs and the parties agreed on a processing schedule for Plaintiffs' requests.  Commerce expects to make its first production of records prioritized by Plaintiffs by August 31, 2026, with monthly progress updates or productions thereafter.

6.      The parties propose to submit a joint status report in ninety days, and every ninety days thereafter, to apprise the Court of developments in this litigation.

Dated: August 6, 2026

_/s/ Kevin H. Bell_
Kevin H. Bell, DC Bar # 90015600
kevin@freeinformationgroup.com

Ginger McCall, DC Bar # 1001104
ginger@freeinformationgroup.com

FREE INFORMATION GROUP, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
(202) 946-3642

Craig Becker
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
(202) 594-9958
craig@democracydefenders.org

SARAH S. WILSON
DAVID KIM
COLOMBO HURD PL
301 E. Pine Street #450
Orlando, Florida 32801
(407) 478-1111
swilson@colombohurd.com

*Attorneys for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    _/s/ Andrew J. Vaden_
       ANDREW J. VADEN, D.C. Bar #1044860
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2437

*Attorneys for the United States of America*